IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMILE DEWEAVER,

      Plaintiff,                    No. CIV S-06-2681 RRB EFB P

      vs.

DIRECTOR OF CORRECTIONS,
et al.,

      Defendants.           <u>ORDER</u>
                            /

Plaintiff is a state prisoner prosecuting this civil rights action without counsel. *See* 42 U.S.C. § 1983. Plaintiff requests leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Plaintiff must pay the statutory filing fee of $350. *See* 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff must make an initial partial payment of $1.32. *See* § 1915(b)(1). Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his prison trust account. All payments shall be forwarded by the appropriate agency to the Clerk of the Court when the amount in plaintiff's account exceeds $10 until the

1 filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

2     The court finds that, for the limited purposes of § 1915A screening, the complaint states
3 cognizable claims for relief against all defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C.
4 § 1915A(b).

5     Accordingly, it hereby is ordered that:

6     1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.

7     2. Plaintiff must pay the statutory filing fee of $350 for this action and must make an
8 initial payment of $1.32 pursuant to section 1915(b)(1).  All payments shall be collected in
9 accordance with the order to the Director of the California Department of Corrections and
10 Rehabilitation filed concurrently herewith.

11     3. Service is appropriate for defendants Director of Department of Corrections and
12 Rehabilitation, Felker, Maurino, Low, and Haworth.

13     4. The Clerk of the Court shall send plaintiff 5 USM-285 forms, one summons, an
14 instruction sheet and one copy of the November 27, 2006, pleading.

15     5. Within 30 days from service of this order, plaintiff shall complete the attached Notice
16 of Submission of Documents and submit it to the court with the completed summons and USM-
17 285 forms and 6 copies of the endorsed November 27, 2006, pleading.

18     6. Upon receipt of the necessary materials, the court will direct the United States
19 Marshal to serve defendants pursuant to Federal Rule of Civil Procedure 4 without payment of
20 costs.

21 Dated:  October 31, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMILE DEWEAVER,

    Plaintiff,              No. CIV S-06-2681 RRB EFB P

    vs.

DIRECTOR OF CORRECTIONS, et al.,

    Defendants.       <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

      /

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    <u> 1 </u>     completed summons form

    <u>   </u>     completed forms USM-285

    <u>   </u>     copies of the <u>November 27, 2006</u> Complaint

Dated:

                                                 Plaintiff