IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMILE DEWEAVER,

      Plaintiff,                              No. CIV S-06-2681 RRB EFB P

      vs.

DIRECTOR OF CORRECTIONS, et al.,

      Defendants.                        <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case.

      Plaintiff has requested an extension of time in which to file a reply to defendants' answer. A reply to an answer may be filed only upon court order. *See* Fed. R. Civ. P. 7(a)(7). The court does not find that a reply to defendants' answer is warranted and plaintiff's request is therefore

denied. To the extent that plaintiff seeks leave to file a motion, plaintiff is instructed to wait for the court to set a schedule for the litigation in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 14, 2008, request for appointment of counsel is denied; and,

2. Plaintiff's February 14, 2008, request for an extension of time is denied.

DATED: April 8, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2