IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMILE DEWEAVER,

        Plaintiff,                      No. CIV S-06-2681 JAM EFB P

        vs.

DIRECTOR OF CORRECTIONS, et al.,

        Defendants.             <u>ORDER</u>

                                         /

      Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. During the week of January 19, 2009, U.S. Magistrate Judge Nandor Vadas, Northern District of California (cross-designated for settlement purposes in the Eastern District of California), will be available for settlement conferences at CSP-Solano. Having considered the parties' request[1] to refer this case for mediation, IT IS ORDERED that:

      1. This case is set for settlement conference on January 20, 2009 at 11:00 a.m. at CSP-Solano, 2200 Peabody Road, Vacaville, California.

////

---

[1] While the parties requested that this case be referred to the Prisoner Pro Se Settlement Program for mediation with Magistrate Judge Craig M. Kellison, settlement conferences are not yet being scheduled for that program.

1

2. The Clerk of the Court is directed to send a copy of the instant order to Magistrate Judge Nandor Vadas, Northern District of California, 514 H Street, Eureka, California 95501-1038.

3. Magistrate Judge Nandor Vadas shall file a report on the docket in this case, within twenty days of the settlement conference, indicating the outcome of the settlement proceedings.

4. The parties are directed to mail confidential settlement conference statements to Magistrate Judge Vadas so that they reach him by January 13, 2009.

DATED: November 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE