United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILE DEWEAVER,<br><br>    Plaintiff,<br><br>        v<br><br>DIRECTOR OF CORRECTIONS,<br><br>    Defendants. | Case No C 06-2681 RRB EFB P<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>January 20, 2009</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Misha Igra and Ken William

☒ Other: California Department of Corrections and Rehabilitation, Alan Sobel

1  (2)   The following individuals, parties, and/or representatives did not appear:

2  (3)   The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☒ The parties agree to an additional follow up settlement.  The matter has been

8  scheduled for further settlement negotiations for March 10, 2009.

9  _____.

10  ☐ The parties are unable to reach an agreement at this time.

11

12  Date:  2/2/09

Nandor J Vadas
United States Magistrate Judge
Northern District of California
Sitting by Designation

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEWEAVER

v.

DIR. OF CORRECTIONS
_____/

No. C 06-2681 JAM EFB

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/2/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Emile DeWeaver**
P-78987
CALIFORNIA STATE PRISON, SOLANO (SOL-1)
P.O. BOX 4000
VACAVILLE, CA 95696-4000

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3