IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILE DEWEAVER,<br><br>　　　　Plaintiff,<br><br>　　　　v<br><br>DIRECTOR OF CORRECTIONS,<br><br>　　　　Defendants. | Case No C 06-2681 RRB EFB<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on March 10, 2009. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　☒ Plaintiff

　☐ Warden or warden's representative

　☒ Office of the California Attorney General, Misha Igra

　☒ Other: California Department of Corrections and Rehabilitation, Joile Poper

| | |
|---|---|
| 1 | (2) The following individuals, parties, and/or representatives did not appear: |
| 2 | (3) The outcome of the proceeding was: |
| 3 | ☐ The case has been completely settled. |
| 4 | ☐ The case has been partially resolved and, on or before |
| 5 | _____, counsel for defendants shall file a joint stipulation specifying |
| 6 | those claims which have been resolved and those that remain to be resolved by the Court. |
| 7 | ☐ The parties agree to an additional follow up settlement on |
| 8 | _____. |
| 9 | ☒ The parties are unable to reach an agreement at this time. |

Date: 3/25/09

Nandor J Vadas
United States Magistrate Judge
Sitting by Designation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWeaver | No. C 06-2681 |
| v. | CERTIFICATE OF SERVICE |
| Dir. Corrections | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 3/25/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Emile DeWeaver**
P-78987
CALIFORNIA STATE PRISON, SOLANO (SOL-1)
P.O. BOX 4000
VACAVILLE, CA 95696-4000

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk