IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMILE DEWEAVER,

    Plaintiff,                      No. CIV S-06-2681 JAM EFB P

    vs.

DIRECTOR OF CORRECTIONS,
et al.,                                  <u>ORDER</u>

    Defendants.
_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. This case is set for a settlement conference on May 21, 2009 before U.S. Magistrate Judge Nandor Vadas. Apr. 1, 2009 Am. Notice. However, the amended discovery and scheduling order requires that dispositive motions be filed on or before April 10, 2009. Oct. 29, 2008 Order at 2. Consequently, defendants filed a motion to modify the scheduling order to extend the deadline for filing dispositive motions. The court finds good cause exists to further modify the scheduling order to extend the deadline for filing dispositive motions. *See* Fed. R. Civ. P. 16(b).

    Also pending is plaintiff's December 18, 2008 motion for sanctions on the ground that defendants failed to oppose his August 19, 2008 motions to compel discovery responses. In light of the scheduled settlement proceedings, and the fact that the parties have stipulated to a stay of

1

the proceedings pending the outcome of mediation, the court will deny plaintiff's motion. *See* Docket No. 46.

Accordingly, it is hereby ORDERED that:

1. Defendants' April 6, 2009 motion is granted;

2. Plaintiff's December 18, 2008 motion is denied; and

3. The April 10, 2009 dispositive motion deadline is vacated. After the settlement proceedings have concluded, the court will, if necessary, reopen discovery for the limited purpose of allowing plaintiff to renew his August 19, 2008 motions to compel, and set a new deadline for the filing of dispositive motions.

Dated: April 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE