United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILE DEWEAVER,<br><br>  Plaintiff,<br><br>  v<br><br>DIRECTOR OF CORRECTIONS,<br><br>  Defendants. | Case No C 06-2681 JAM EFB<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on May 21, 2009,. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

 ☒ Plaintiff

 ☐ Warden or warden's representative

 ☒ Office of the California Attorney General, Misha Igra

 ☒ Other: California Department of Corrections and Rehabilitation

(2)  The following individuals, parties, and/or representatives did not appear:

(3)  The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before

_____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on

_____.

☒ The parties are unable to reach an agreement at this time.

Date:  6/8/09           _____
                        Nandor J Vadas
                        United States Magistrate Judge
                        Sitting by Designation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DeWeaver | No. C 06-2681 |
| v. | CERTIFICATE OF SERVICE |
| Dir. Corrections | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/8/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Emile DeWeaver**
P-78987
CALIFORNIA STATE PRISON, SOLANO (SOL-1)
P.O. BOX 4000
VACAVILLE, CA 95696-4000


RICHARD W. WIEKING, CLERK


By:/s/_____
Deputy Clerk