IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMILE DEWEAVER,

     Plaintiff,                     No. CIV S-06-2681 JAM EFB P

     vs.

DIRECTOR OF CORRECTIONS, et al.,     ORDER RE SETTLEMENT & DISPOSITION

     Defendants.
_____/

     Pursuant to the amended report of pro se prisoner early settlement proceeding filed June 8, 2009, the court has determined that the above-captioned case has settled.

     The court now orders that dispositional documents are to be filed not later than sixty (60) days from the date of this order.

     Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

     SO ORDERED.

DATED: June 11, 2009.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE